89B-98"

*[signature: Thomas A. [illegible] Jr.]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, upon the relation and for the use of the TENNESSEE VALLEY AUTHORITY<br><br>PLAINTIFF<br><br>VS.<br><br>AN EASEMENT AND RIGHT-OF-WAY OVER 2.54 ACRES OF LAND, MORE OR LESS, IN SUMNER COUNTY, TENNESSEE and LOUIS WINTERFIELD AND WIFE, ANDREA WINTERFIELD, JP MORGAN CHASE BANK, N.A., FIRST AMERICAN TITLE INSURANCE COMPANY, trustee, U.S. BANK NATIONAL ASSOCIATION ND, US BANK TRUST COMPANY, NA trustee<br><br>DEFENDANTS | NO. 3:11-CV-00319<br><br>Judge Wiseman |

## MOTION FOR DISBURSEMENT OF TENDERED FUNDS

COME NOW the Defendants/Property Owners, LOUIS WINTERFIELD AND WIFE, ANDREA WINTERFIELD, by and through counsel of record, and would request that funds in the sum of SIXTEEN THOUSAND TWO HUNDRED FIFTY ($16,250.00) DOLLARS paid into the registry of the Court by the Condemnor on or about April 4, 2011, be paid to the Defendants, without prejudice to either party. Defendants/Property Owners, LOUIS WINTERFIELD AND WIFE, ANDREA WINTERFIELD, agree to refund the difference between said sum and the final award if the final award be less than SIXTEEN THOUSAND TWO HUNDRED FIFTY ($16,250.00)

DOLLARS, or that a judgment may be entered against the Defendants for the difference.

> Respectfully submitted,
>
> HARSH & HARSH
> ATTORNEYS FOR PROPERTY OWNERS
>
> s/Joe Harsh
> JOE HARSH (16130)
> 123 Public Square
> Gallatin, TN 37066
> (615) 452-4611
> (615) 452-4372 (Fax)
> *cihaustin56@live.com*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Mr. Philip J. Pfeifer
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902-1401
*pjpfeifer@tva.gov*.

Mr. Jay L. Kendall
Wilson & Associates, PLLC
Creekside Crossing III
8 Cadillac Drive, Suite 120
Brentwood, TN 37027
*jkendall@wilson-assoc.com*

s/Joe Harsh