IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA upon the relation and for the use of the TENNESSEE VALLEY AUTHORITY, Plaintiff, v. AN EASEMENT AND RIGHT-OF-WAY OVER 2.54 ACRES OF LAND, MORE OR LESS, IN SUMNER COUNTY TENNESSEE, and LOUIS WINTERFIELD, ANDREA WINTERFIELD, HIS WIFE, JPMORGAN CHASE BANK, N.A., FIRST AMERICAN TITLE INSURANCE COMPANY, trustee, U.S. BANK ASSOCIATION ND, US BANK TRUST COMPANY, NA TRUSTEE, Defendants. | Case No. 3:11-cv-0319 |

## ORDER

Before the Court is J.P. Morgan Chase Bank's Motion for Determination of Right to Proceeds, Document #48, Memorandum in Support of Motion For Determination of Right to Proceeds, Document #49, and Tennessee Valley Authority's response thereto, Document #50.

The Motion of J.P. Morgan Chase Bank, Document #48, is **GRANTED**. The Clerk will distribute the $16,250.00 (sixteen thousand two hundred fifty and 00/100) proceeds to Chase as provided in Paragraph 11 of the agreement between Chase and the Winterfields.

IT IS SO ORDERED.

_____
THOMAS A. WISEMAN, JR.
Senior United States District Judge